# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM EMERY FODOR,

    Plaintiff,

v.

HENDERSON POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:10-cv-00127-LDG (PAL)

**ORDER**

    For good cause shown,

    THE COURT **ADOPTS** the Report of Findings and Recommendation (#22);

    THE COURT **ORDERS** that the Plaintiff's Complaint is DISMISSED with prejudice for failure to state a claim for which relief can be granted;

    THE COURT FURTHER **ORDERS** that all outstanding motions are DENIED as moot.

DATED this ___ day of May, 2010.

/s/ Lloyd D. George
Lloyd D. George
United States District Judge